IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VICTORIA L. FRIDAY, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | No. 3:08-CV-0538-K |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
|    Defendant. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on the Commissioner's Motion to Reverse and Remand. After *de novo* review, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and they are adopted as the Findings and Conclusions of the Court.

**SO ORDERED.**

SIGNED: April 29th, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE